JENNIFER L. NEWKIRK (State Bar No. 320335)
LAW OFFICE OF JENNIFER L. NEWKIRK
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: (530) 213-1375
Email: jennifer@jennifernewkirklaw.com

LARRY L. BAUMBACH (State Bar No. 50086)
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: (530) 891-6222
Email: llblaw@sandpipernet.com

Attorneys for Plaintiff
ANTRENA TRIMBLE

RICHARD R. GRAY, Bar No. 071030
rgray@littler.com
JOHN H. ADAMS, JR., Bar No. 253341
jhadams@littler.com
LITTLER MENDELSON P.C.
500 Capitol Mall
Suite 2000
Sacramento, California  95814
Telephone:     916.830.7200
Fax No.:        916.561.0828

Attorneys for Defendants
INFRAMARK, LLC AND ERIC SABOLSICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRENA TRIMBLE,<br><br>        Plaintiff,<br><br>   v.<br><br>INFRAMARK, LLC; ERIC SABOLSICE; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 2:21-CV-01068-TLN-AC<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>Complaint Filed:   June 16, 2021 |

LITTLER MENDELSON P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

STIPULATION TO EXTEND
DISCOVERY DEADLINES          1                    2:21-CV-01068-TLN-AC

1    Plaintiff Antrena Trimble ("Plaintiff") and Defendants Inframark, LLC, and Eric

2  Sabolsice ("Defendants"), by and through their counsel of record (collectively, the "Parties"), hereby

3  stipulate and agree as follows:

4    WHEREAS, on or about June 16, 2021, Plaintiff filed a Complaint in the above-

5  captioned matter;

6    WHEREAS, on or about June 17, 2021, the Court issued its Initial Pretrial Scheduling

7  Order;

8    WHEREAS, on October 29, 2021, the Parties submitted their Joint Rule 16(b)/26(f)

9  Report (the "Joint Report") pursuant to Federal Rules of Civil Procedure 16(b) and 26(f);

10    WHEREAS, in accordance with the Initial Pretrial Scheduling Order and the Joint

11  Report, the discovery cutoff was set for May 13, 2022;

12    WHEREAS, in accordance with the Initial Pretrial Scheduling Order and the Joint

13  Report, initial disclosure of expert witnesses was set for July 12, 2022; designation of supplemental

14  expert witnesses was set for no later than August 11, 2022; and the expert discovery cutoff was set for

15  September 9, 2022;

16    WHEREAS, in accordance with the Initial Pretrial Scheduling Order and the Joint

17  Report, the last day to file dispositive motions was set for November 9, 2022;

18    WHEREAS, the Parties have engaged in initial written discovery and are in the process

19  of completing written discovery and scheduling depositions;

20    WHEREAS, the Parties believe additional time to complete fact and expert discovery

21  is necessary for a full and fair prosecution of this matter; and

22    WHEREAS, this is the first request for continuance of deadlines made by the Parties;

23    THEREFORE, it is hereby stipulated and agreed that the discovery cutoff date shall be

24  **CONTINUED** to **July 13, 2022**; that the deadline to designate expert witnesses be **CONTINUED** to

25  **September 1, 2022**; that the deadline to designate supplemental expert witnesses be **CONTINUED**

26  to **September 30, 2022**; that the expert discovery cutoff be **CONTINUED** to **November 1, 2022**; and

27  that the deadline to file dispositive motions shall remain November 9, 2022.

28

LITTLER MENDELSON P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
916.830.7200

STIPULATION TO EXTEND
DISCOVERY DEADLINES                    2                    2:21-CV-01068-TLN-AC

1    Dated:  April 15, 2022          LAW OFFICE OF JENNIFER L. NEWKIRK

2

3                                    By:/s/ Jennifer L. Newkirk
                                         JENNIFER L. NEWKIRK
4                                        Attorney for Plaintiff

5    Dated:  April 15, 2022          LAW OFFICES OF LARRY L. BAUMBACH

6

7                                    By:/s/ Larry L. Baumbach
                                         LARRY L. BAUMBACH
8                                        Attorney for Plaintiff

9    Dated: April 15, 2022           LITTLER MENDELSON P.C.

10

11                                   By:/s/ John H. Adams, Jr.
                                         RICHARD R. GRAY
12                                       JOHN H. ADAMS, JR.
                                         Attorneys for Defendants
13                                   INFRAMARK, LLC and ERIC SABOLSICE

14

15

16

17                              **<u>ORDER</u>**

18          Good cause appearing therefor, IT IS SO ORDERED.

19

20   DATED: 4/15/2022

21

22                                   Troy L. Nunley
                                     United States District Judge
23

24

25

26

27

28

LITTLER MENDELSON P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

JOINT STIPULATION TO EXTEND
DISCOVERY DEADLINES                  3                    2:21-CV-01068-TLN-AC