JENNIFER L. NEWKIRK (SBN 320335)
jennifer@jennifernewkirklaw.com
LAW OFFICE OF JENNIFER L. NEWKIRK
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: (530) 213-1375

Attorney for Plaintiff
ANTRENA TRIMBLE

LARRY L. BAUMBACH (SBN 50086)
llblaw@sandpipernet.com
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: (530) 891-6222

Attorney for Plaintiff
ANTRENA TRIMBLE

RICHARD R. GRAY (SBN 071030)
rgray@littler.com
JOHN H. ADAMS (SBN 253341)
jhadams@littler.com
LITTLER MENDELSON P.C.
500 Capitol Mall, Suite 200
Sacramento, CA  95814
Telephone: (916) 830-7200

Attorneys for Defendants
INFRAMARK, LLC and
ERIC SABOLSICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRENA TRIMBLE,<br><br>           Plaintiff,<br><br>    vs.<br><br>INFRAMARK, LLC; ERIC SABOLSICE; and DOES 1 through 50, inclusive.<br><br>           Defendants, | Case No.:   2:21-CV-01068-TLN-AC<br><br>**STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Judge: Troy L. Nunley |

Plaintiff Antrena Trimble ("Plaintiff") and Defendants Inframark, LLC and Eric Sabolsice (collectively "Defendants") and (collectively, the "parties"), by and through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure ("Rule") 16(b)(4) and Local Rules 143 and 144(d) of the United States District Court for the Eastern District of California, hereby stipulated and agree as follows:

**WHEREAS**, on June 17, 2021, the Court issued its Initial Pretrial Scheduling Order (Dkt. 3);

**WHEREAS**, Section III of the Initial Pretrial Scheduling Order provides, in part, "All discovery, with the exception of expert discovery shall be completed no later than two hundred forty (240) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure";

**WHEREAS**, Section IX of the Initial Pretrial Scheduling Order provides, in party, "The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Initial Pretrial Scheduling Order shall not be modified except by leave of court upon a showing of good cause";

**WHEREAS**, on October 29, 2021, the parties submitted their Joint Rule 16(b)/26(f) Report (the "Joint Report") pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) (Dkt 7);

**WHEREAS**, in accordance with the Initial Pretrial Scheduling Order and the Joint Report the discovery cutoff for non-expert discovery was May 13, 2022.

**WHEREAS**, on April 15, 2022, the parties stipulated to request to extend discovery deadlines (Dkt. 8) as the parties had engaged in initial written discovery and believed additional time to complete fact and expert discovery was necessary for a full and fair prosecution of this matter;

**WHEREAS**, on April 15, 2022, the Court granted the parties stipulation to extend discovery deadlines and issued an Order (Dkt. 9);

**WHEREAS**, in accordance with the Joint Stipulation to Extend Discovery Deadlines, discovery cutoff is presently July 13, 2022, the deadline to designate expert witnesses is September 1, 2022, the deadline to designate supplemental expert witnesses is September 30, 2022, expert

discovery cutoff is November 1, 2022, and the deadline to file dispositive motions is November 9, 2022;

**WHEREAS**, the parties have engaged in additional written discovery but no depositions have yet been taken;

**WHEREAS**, on June 8, 2022, Plaintiff set the depositions of witness, Doug Louie, for June 30, 2022, but the deposition was taken off calendar because Defendants' counsel was unavailable;

**WHEREAS**, on June 8, 2022, Plaintiff set the depositions of Defendant Eric Sabolsice, and Inframark, LLC employees Ed Schwab and Jolene Wolfe, but the parties agreed to take the depositions off calendar while they engage in settlement negotiations;

**WHEREAS**, the parties are currently engaged in settlement negotiations;

**WHEREAS**, the parties believe additional time to engage in settlement negotiations and, if the parties are unable to reach resolution, to complete fact and expert discovery is necessary for a full and fair prosecution of this matter;

**WHEREAS**, neither Plaintiffs nor Defendants will be prejudiced by a six-month continuance of all deadlines; and

**WHEREAS**, the parties agree that good cause exists to amend the Initial Pretrial Scheduling Order;

**NOW, THEREFORE**, the parties through their respective counsel, jointly propose and stipulate to the following:

The deadlines set forth in the Court's June 17, 2021 Initial Pretrial Scheduling Order and the Joint Report shall be continued six months, or set on such other dates as the Court determines, as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Discovery Cut-Off | July 13, 2022 | January 13, 2023 |
| Expert Disclosures | September 1, 2022 | March 1, 2023 |
| Supplemental Expert Disclosures | September 30, 2022 | March 30, 2023 |
| Expert Discovery Cutoff | November 1, 2022 | May 1, 2023 |
| Dispositive Motions | November 9, 2022 | May 9, 2023 |

**IT IS SO STIPULATED.**

Dated:  July 1, 2022                        LAW OFFICE OF JENNIFER L. NEWKIRK


                                            /s/ Jennifer L. Newkirk
                                            JENNIFER L. NEWKIRK
                                            Attorney for Plaintiff
                                            Antrena Trimble


Dated:  July 1, 2022                        LAW OFFICES OF LARRY L. BAUMBACH


                                            /s/ Larry L. Baumbach
                                            LARRY L. BAUMBACH
                                            Attorney for Plaintiff
                                            Antrena Trimble


Dated:  July 1, 2022                        LITTLER MENDELSON P.C.


                                            /s/ John H. Adams, Jr.
                                            RICHARD R. GRAY
                                            JOHN H. ADAMS, JR.
                                            Attorneys for Defendants
                                            Inframark, LLC and Eric Sabolsice


        Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.


Dated:  July 1, 2022                        LAW OFFICE OF JENNIFER L. NEWKIRK


                                            /s/ Jennifer L. Newkirk
                                            JENNIFER L. NEWKIRK
                                            Attorney for Plaintiff
                                            Antrena Trimble

# ORDER

For good cause shown, and pursuant to the Stipulation of the parties, the deadlines in the Court's June 17, 2021 Initial Pretrial Scheduling Order and the Joint Report shall be continued six months, or set on such other dates as the Court determines, as follows:

| Event | Current Deadline | Amended Scheduling Deadline |
|---|---|---|
| Discovery Cut-Off | July 13, 2022 | January 13, 2023 |
| Expert Disclosures | September 1, 2022 | March 1, 2023 |
| Supplemental Expert Disclosures | September 30, 2022 | March 30, 2023 |
| Expert Discovery Cutoff | November 1, 2022 | May 1, 2023 |
| Dispositive Motions | November 9, 2022 | May 9, 2023 |

**IT IS SO ORDERED.**

Dated: July 5, 2022

Troy L. Nunley
United States District Judge

-5-
STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER