JENNIFER L. NEWKIRK (SBN 320335)
jennifer@jennifernewkirklaw.com
LAW OFFICE OF JENNIFER L. NEWKIRK
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: (530) 213-1375

Attorney for Plaintiff
ANTRENA TRIMBLE

LARRY L. BAUMBACH (SBN 50086)
llblaw@sandpipernet.com
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: (530) 891-6222

Attorney for Plaintiff
ANTRENA TRIMBLE

JOHN H. ADAMS (SBN 253341)
jhadams@littler.com
LITTLER MENDELSON P.C.
500 Capitol Mall, Suite 200
Sacramento, CA  95814
Telephone: (916) 830-7200

Attorneys for Defendants
INFRAMARK, LLC and
ERIC SABOLSICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTRENA TRIMBLE,<br><br>           Plaintiff,<br><br>      vs.<br><br>INFRAMARK, LLC; ERIC SABOLSICE; and DOES 1 through 50, inclusive.<br><br>           Defendants. | Case No.:   2:21-CV-01068-TLN-AC<br><br>**STIPULATION AND ORDER MODIFYING INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Judge: Troy L. Nunley |

Plaintiff Antrena Trimble ("Plaintiff") and Defendants Inframark, LLC and Eric Sabolsice (collectively "Defendants") and (collectively, the "parties"), by and through their respective attorneys of record, and pursuant to Federal Rules of Civil Procedure ("Rule") 16(b)(4) and Local Rules 143 and 144(d) of the United States District Court for the Eastern District of California, hereby stipulated and agree as follows:

**WHEREAS**, on June 17, 2021, the Court issued its Initial Pretrial Scheduling Order (Dkt. 3);

**WHEREAS**, Section III of the Initial Pretrial Scheduling Order provides, in part, "All discovery, with the exception of expert discovery shall be completed no later than two hundred forty (240) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure";

**WHEREAS**, Section IX of the Initial Pretrial Scheduling Order provides, in party, "The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Initial Pretrial Scheduling Order shall not be modified except by leave of court upon a showing of good cause";

**WHEREAS**, on October 29, 2021, the parties submitted their Joint Rule 16(b)/26(f) Report (the "Joint Report") pursuant to Federal Rules of Civil Procedure 16(b) and 26(f) (Dkt 7);

**WHEREAS**, in accordance with the Initial Pretrial Scheduling Order and the Joint Report the discovery cutoff for non-expert discovery was May 13, 2022.

**WHEREAS**, on April 15, 2022, the parties stipulated to request to extend discovery deadlines (Dkt. 8) as the parties had engaged in initial written discovery and believed additional time to complete fact and expert discovery was necessary for a full and fair prosecution of this matter;

**WHEREAS**, on April 15, 2022, the Court granted the parties stipulation to extend discovery deadlines and issued an Order (Dkt. 9);

**WHEREAS**, on July 1, 2022, the parties stipulated to request to extend discovery deadlines (Dkt. 10) as the parties had engaged in initial written discovery and believed additional time to complete fact and expert discovery was necessary for a full and fair prosecution of this matter;

1    **WHEREAS**, on July 5, 2022, the Court granted the parties stipulation to extend discovery
2    deadlines and issued an Order (Dkt. 11);

3    **WHEREAS**, in accordance with the Joint Stipulation to Extend Discovery Deadlines,
4    discovery cutoff is presently January 13, 2023, the deadline to designate expert witnesses is March 1,
5    2023, the deadline to designate supplemental expert witnesses is March 30, 2023, expert discovery
6    cutoff is May 1, 2023, and the deadline to file dispositive motions is May 9, 2023;

7    **WHEREAS**, the parties have engaged in additional written discovery but some depositions
8    have yet been taken;

9    **WHEREAS**, Plaintiff set the deposition of witness, Doug Louie, for December 8, 2022, but
10   the deposition was taken off calendar because Plaintiff was unable to serve the deponent with notice;

11   **WHEREAS**, Plaintiff took the depositions of Jolene Wolfe on November 28, 2022 and
12   Defendant Eric Sabolsice on November 29, 2022 but those depositions were suspended pending
13   receiving additional documents responsive to discovery requests from Defendant Inframark, LLC.

14   **WHEREAS**, Defendant set the deposition of Plaintiff Antrena Trimble for December 13,
15   2022, but the deposition was taken off calendar because Defendant's counsel was ill;

16   **WHEREAS**, the parties believe additional time to complete fact and expert discovery is
17   necessary for a full and fair prosecution of this matter;

18   **WHEREAS**, neither Plaintiff nor Defendants will be prejudiced by a four-month
19   continuance of all deadlines; and

20   **WHEREAS**, the parties agree that good cause exists to amend the Initial Pretrial
21   Scheduling Order;

22   **NOW, THEREFORE**, the parties through their respective counsel, jointly propose and
23   stipulate to the following:

24   The deadlines set forth in the Court's June 17, 2021 Initial Pretrial Scheduling Order and the
25   Joint Report and as continued July 5, 2022 by this Court's Order (Dkt. 11) shall be continued four
26   months, or set on such other dates as the Court determines, as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Discovery Cut-Off | January 13, 2023 | May 12, 2023 |
| Expert Disclosures | March 1, 2023 | June 30, 2023 |
| Supplemental Expert Disclosures | March 30, 2023 | July 31, 2023 |
| Expert Discovery Cutoff | May 1, 2023 | September 1, 2023 |
| Dispositive Motions | May 9, 2023 | September 9, 2023 |

**IT IS SO STIPULATED.**

Dated:  December 20, 2022         LAW OFFICE OF JENNIFER L. NEWKIRK

　　　　　　　　　　　　　　　　　　 */s/ Jennifer L. Newkirk*
　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 JENNIFER L. NEWKIRK
　　　　　　　　　　　　　　　　　　 Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　 Antrena Trimble

Dated:  December 20, 2022         LAW OFFICES OF LARRY L. BAUMBACH

　　　　　　　　　　　　　　　　　　 */s/ Larry L. Baumbach*
　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 LARRY L. BAUMBACH
　　　　　　　　　　　　　　　　　　 Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　 Antrena Trimble

Dated:  December 20, 2022         LITTLER MENDELSON P.C.

　　　　　　　　　　　　　　　　　　 */s / John H. Adams, Jr.*
　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　 JOHN H. ADAMS, JR.
　　　　　　　　　　　　　　　　　　 Attorneys for Defendants
　　　　　　　　　　　　　　　　　　 Inframark, LLC and Eric Sabolsice

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

Dated:  December 20, 2022    LAW OFFICE OF JENNIFER L. NEWKIRK

    */s/ Jennifer L. Newkirk*

JENNIFER L. NEWKIRK
Attorney for Plaintiff
Antrena Trimble

# ORDER

For good cause shown, and pursuant to the Stipulation of the parties, the deadlines in the Court's June 17, 2021 Initial Pretrial Scheduling Order and the Joint Report as continued July 5, 2022 by this Court's Order (Dkt. 11) shall be continued four months, or set on such other dates as the Court determines, as follows:

| Event | Current Deadline | Amended Scheduling Deadline |
|---|---|---|
| Discovery Cut-Off | January 13, 2023 | May 15, 2023 |
| Expert Disclosures | March 1, 2023 | July 3, 2023 |
| Supplemental Expert Disclosures | March 30, 2023 | July 31, 2023 |
| Expert Discovery Cutoff | May 1, 2023 | September 1, 2023 |
| Dispositive Motions | May 9, 2023 | September 11, 2023 |

**IT IS SO ORDERED.**

Dated: December 21, 2022

_____
Troy L. Nunley
United States District Judge