JENNIFER L. NEWKIRK (State Bar No. 320335)
LAW OFFICE OF JENNIFER L. NEWKIRK
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: 530-213-1375

LARRY L. BAUMBACH (State Bar No. 50086)
LAW OFFICES OF LARRY L. BAUMBACH
2531 Forest Avenue, Suite 100
Chico, CA 95928
Telephone: 530-891-6222

Attorneys for Plaintiff
ANTRENA TRIMBLE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANTRENA TRIMBLE,<br><br>         Plaintiff,<br><br>    vs.<br><br>INFRAMARK, LLC; ERIC SABOLSICE; and DOES 1 through 50, inclusive.<br><br>         Defendants. | Case No.:  2:21-CV-01068-DJC-AC<br><br>**STIPULATION OF DISMISSAL AND ORDER** |
|---|---|

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated:  July 25, 2023                              LAW OFFICE OF JENNIFER L. NEWKIRK

                                                             /s/ Jennifer L. Newkirk
                                                            _____
                                                            JENNIFER L. NEWKIRK
                                                            Attorney for Plaintiff
                                                            Antrena Trimble

Dated:  July 25, 2023              LAW OFFICES OF LARRY L. BAUMBACH

                                           /s/ Larry L. Baumbach
                                          _____
                                          LARRY L. BAUMBACH
                                          Attorney for Plaintiff
                                          Antrena Trimble

Dated:  July 25, 2023              LITTLER MENDELSON P.C.

                                           /s/ John H. Adams, JR.
                                          _____
                                          JOHN H. ADAMS, JR.
                                          Attorneys for Defendants
                                          Inframark, LLC and Eric Sabolsice

## **ORDER**

Pursuant to the stipulation of the parties and pursuant to Federal Rule of Civil Procedure FRCP 41(a)(1), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action and parties, with the parties bearing their own attorneys' fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  July 25, 2023                              /s/ Daniel J. Calabretta
                                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                                    UNITED STATES DISTRICT JUDGE